UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BRIGGS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 16cv2920-LAB (LL)<br><br>**ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 114) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs and attorney's fees. The Court does not retain jurisdiction to interpret or enforce the parties' settlement agreement.

**IT IS SO ORDERED**.

Dated: October 7, 2019

_[signature]_
Hon. Larry Alan Burns
Chief United States District Judge